THERESA M. MAYER, ET AL., PLAINTIFFS-RESPONDENTS, v. JOHN DOYLE, DEFENDANT-PETITIONER.

*Mr. A. Leo Bohl* for the petitioner.

March 24, 1952.   Denied.

WILLIAM H. HEUER, PLAINTIFF-RESPONDENT, v. PUBLIC SERVICE INTERSTATE TRANSPORTATION COMPANY, ET AL., DEFENDANTS-PETITIONERS.

*Mr. Carl T. Freggens* and *Mr. Henry T. L. Gleason* for the petitioners.

March 24, 1952.   Denied.